Matter of Bush v Pierson (2023 NY Slip Op 01417)

Matter of Bush v Pierson

2023 NY Slip Op 01417

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

226 CAF 22-00463

[*1]IN THE MATTER OF DEREK W. BUSH, PETITIONER-APPELLANT,
v
SHELBY K. PIERSON, RESPONDENT-RESPONDENT.
IN THE MATTER OF ANTHONY L. WOOD, PETITIONER-RESPONDENT,
v
SHELBY K. PIERSON, RESPONDENT-RESPONDENT, AND DEREK W. BUSH, RESPONDENT-APPELLANT. 

ROSEMARIE RICHARDS, SOUTH NEW BERLIN, FOR PETITIONER-APPELLANT AND RESPONDENT-APPELLANT.
MARY HOPE BENEDICT, BATH, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Steuben County (Philip J. Roche, J.), entered February 15, 2022 in proceedings pursuant to Family Court Act article 6. The order, inter alia, granted Anthony L. Wood sole legal and physical custody of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court